CARMICHAEL v. JOHN HANCOCK MUT. INS. CO. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Elizabeth Carmichael against the John Hancock Mutual Insurance Company. No opinion. Motion denied, with $10 costs.

CERITO, Appellant, v. STAR SOCIETY OF ITALY FOR MUTUAL SUCCOR & SUPPORT, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Samuel Cerito against the Star Society of Italy for Mutual Succor and Support. No opinion. Judgment affirmed, with costs.

CHAPMAN, Respondent, v. LA DOW, Appellant, et al. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Edmund G. Chapman against Robah Alice La Dow, as executrix, etc., of Charles La Dow, deceased, and another.

PER CURIAM. Judgment affirmed, with costs.

CHESTER, J., not voting.

CHRISTENFELD, Respondent, v. DAVIDSON et al., Appellants. (Supreme Court, Appellate Term. March 3, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Samuel H. Christenfeld against Max Davidson and another. From a Municipal Court judgment in favor of plaintiff, defendants appeal. Reversed. Joseph J. Harris, for appellants. Steuer & Hoffman (Max D. Steuer, of counsel), for respondent.

PER CURIAM. We are unable to distinguish the contract involved in this action from that which was considered in Jacobs v. Cohen (Sup.) 90 N. Y. Supp. 854, and was condemned by the Appellate Division of the Second Department as contrary to public policy and void. Upon the authority of that case, the judgment must be reversed, and the complaint dismissed, with costs to the appellant in this court and the court below.

GIEGERICH, J. (concurring in result only). Although I agree with the dissenting opinion in Jacobs v. Cohen (Sup.) 90 N. Y. Supp. 854, I nevertheless feel constrained by the decision of the majority in that case to vote for a reversal.

CITY OF NEW YORK, Respondent, v. FINN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the city of New York against William E. Finn. A. I. Elkus, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CITY OF NEW YORK, Respondent, v. HOLZDERBER, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by the city of New York against Charles P. Holzderber. W. W. Niles,

for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CITY REAL ESTATE CO., Respondent, v. ASSOCIATE REALTY CONCERN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the City Real Estate Company against the Associate Realty Concern. A. S. Gilbert, for appellant. L. J. Vorhaus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Respondent, v. HYLAND'S ESTATE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) In the matter of the claim of Margaret E. Clark against the estate of John Hyland, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Frank C. Clark against the Metropolitan Street Railway Company. A. S. Bacon, for appellant. C. F. Brown, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the opinion in Clark v. Metropolitan Street Ry. Co., 68 App. Div. 49, 74 N. Y. Supp. 267.

O'BRIEN and HATCH, JJ., dissent.

COHEN, Appellant, v. URBACH et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Harris M. Cohen against Solomon Urbach and others. J. J. Lesser, for appellant. L. M. White, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

COHNFELD, Respondent, v. TANENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Charles M. Cohnfeld against Leon Tanenbaum. S. M. Stroock, for appellant. G. Weiffenbach, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of Cohnfeld v. Tanenbaum, 176 N. Y. 126, 68 N. E. 141, 98 Am. St. Rep. 653.

VAN BRUNT, P. J., dissents.

COLEMAN et al., Respondents, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Eugene J. Coleman and another against the New York Central & Hudson River Railroad Company.

McLENNAN, P. J. Order of reversal heretofore entered (90 N. Y. Supp. 264) amended so as to read: "Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and of fact."

SPRING and HISCOCK, JJ., dissent.